IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM S. NEELY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　Defendants.<br>_____/ | 2:08-CV-01950-RRC<br><br>**ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT** |

Plaintiff's Motion for Relief from Judgment; Federal Rule Civil Procedure [FRCP] Rule 60(b), filed October 20, 2009, is DENIED.

DATED: October 29, 2010.

　　　　　　　　　　　　　　　　/s/ Richard R. Clifton
　　　　　　　　　　　　　　　　RICHARD R. CLIFTON
　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE